ROBERT C. McBRIDE, ESQ.
Nevada Bar No. 7082
CHELSEA R. HUETH, ESQ.
Nevada Bar No. 10904
McBRIDE HALL
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada  89113
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855
E-mail:  rcmcbride@mcbridehall.com
E-mail:  crhueth@mcbridehall.com
Attorneys for Defendants,
*Bobby John Thomas, M.D.*
*and Samson Wong, D.O.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASUSENA SOTO GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY JOHN THOMAS, M.D., individually; SAMSON WONG, D.O., individually; CARTER KAMINSKI, D.O., individually; MAYLYN FLORES, R.N., individually; KIMBERLY TAURIELLO, R.N., individually; HALEY ROSER, R.N., individually; NORMITA RHODEOS, R.N., individually; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; DOE 1-20; DOE PHYSICIANS 1-20; DOE NURSES 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | **CASE NO.:** 2:21-cv-02238-JAD-BNW<br><br><br>**JOINT STATUS REPORT** |

The parties have filed their respective responsive pleadings, with the exception of the United States, which has until March 4, 2022 to do so. (ECF 18) Currently pending is University Medical Center of Southern Nevada, Maylyn Flores, R.N., Kimberly Tauriello, R.N., Haley Roser, R.N., and Normita Rhodeos, R.N.'s Motion to Dismiss. (ECF 10) Plaintiff has filed a Motion to

Remand responses to which are due by February 8, 2022. (ECF 21)

The parties respectfully request a stay of discovery pending disposition of the pending Motion to Remand.

Respectfully submitted this 27th day of January, 2022.

| | |
|---|---|
| DATED this 27th day of January, 2022. | DATED this 27th day of January, 2022. |
| McBRIDE HALL | PARKER NELSON & ASSOCIATES, CHTD. |
| /s/ Chelsea R. Hueth | /s/ Mahogany Turfley |
| ROBERT C. MCBRIDE, ESQ. | THEODORE PARKER, III, ESQ. |
| Nevada Bar No. 7082 | Nevada Bar No. 4716 |
| CHELSEA R. HUETH, ESQ. | MAHOGANY TURFLEY, ESQ. |
| Nevada Bar No. 10904 | Nevada Bar No. 13974 |
| 8329 W. Sunset Road, Suite 260 | 2460 Professional Court, Suite 200 |
| Las Vegas, Nevada 89113 | Las Vegas, Nevada 89128 |
| Attorneys for Defendants, | Attorneys for Defendants, |
| *Bobby John Thomas, M.D.,* | *University Medical Center of Southern Nevada,* |
| *and Samson Wong, D.O.* | *Maylyn Flores, R.N., Kimberly Tauriello, R.N.,* |
| | *Haley Roser, R.N., Normita Rhodeos, R.N.* |
| DATED this 26th day of January, 2022. | DATED this 26th day of January, 2022. |
| | THE702FIRM INJURY ATTORNEYS |
| /s/ Brianna Smith | /s/ Michael C. Kane |
| CHRISTOPHER CHOU, ESQ. | MICHAEL C. KANE, ESQ. |
| Nevada Bar No. 14853 | Nevada Bar No. 10096 |
| BRIANNA SMITH, ESQ. | BRADLEY J. MYERS, ESQ. |
| Nevada Bar No. 11795 | Nevada Bar No. 8857 |
| 501 Las Vegas Boulevard, So., Suite 1100 | 400 South 7th Street, Suite 400 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for United States of America* | *Attorneys for Plaintiff* |

### ORDER

IT IS ORDERED that if the parties seek to stay discovery, they must file an appropriate motion or stipulation.

IT IS SO ORDERED
DATED: 9:44 am, January 28, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January 2022, I served a true and correct copy of the foregoing **JOINT STATUS REPORT** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| Michael C. Kane, Esq.<br>Bradley J. Myers, Esq.<br>THE702FIRM<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | Theodore Parker, III, Esq.<br>Mahogany Turfley, Esq.<br>PARKER NELSON & ASSOCIATES, CHTD.<br>2460 Professional Court, Suite 200<br>Las Vegas, Nevada 89128<br>Attorneys for Defendants,<br>*University Medical Center of Southern Nevada,*<br>*Maylyn Flores, R.N., Kimberly Tauriello, R.N.,*<br>*Haley Roser, R.N., Normita Rhodeos, R.N.* |

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
BRIANNA SMITH
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Brianna.Smith@usdoj.gov
*Attorneys for the United States*

                                               /s/ Lauren Smith
                                               An Employee of McBRIDE HALL

| | |
|---|---|
| **From:** | Mahogany Turfley |
| **To:** | Mike Kane; Smith, Brianna (USANV); Chelsea R. Hueth |
| **Cc:** | Lauren Smith; Amber Casteel; Staci Ibarra |
| **Subject:** | RE: Soto-Gonzalez v. Thomas et al -- Draft Joint Status Report |
| **Date:** | Thursday, January 27, 2022 8:26:04 AM |
| **Attachments:** | image001.png<br>image002.png |

Thank you, Chelsea. You may use my electronic signature,

*Kind Regards,*



Mahogany Turfley., Esq.
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
(702) 868-8005 (direct line)
(702) 335-7031 (Cellular Phone)
Main No. (702) 868-8000
Fax No. (702) 868-8001

---

**From:** Mike Kane <Mike@the702firm.com>
**Sent:** Wednesday, January 26, 2022 9:48 PM
**To:** Smith, Brianna (USANV) <Brianna.Smith@usdoj.gov>; Chelsea R. Hueth <crhueth@mcbridehall.com>; Mahogany Turfley <mturfley@pnalaw.net>
**Cc:** Lauren Smith <lsmith@mcbridehall.com>; Amber Casteel <Amber@the702firm.com>; Staci Ibarra <SIbarra@pnalaw.net>
**Subject:** Re: Soto-Gonzalez v. Thomas et al -- Draft Joint Status Report

Thanks Chelsea for drafting. I'm fine with this.

Get Outlook for iOS

---

**From:** Smith, Brianna (USANV) <Brianna.Smith@usdoj.gov>
**Sent:** Wednesday, January 26, 2022 4:32:03 PM
**To:** Chelsea R. Hueth <crhueth@mcbridehall.com>; Mike Kane <Mike@the702firm.com>; mturfley@pnalaw.net <mturfley@pnalaw.net>
**Cc:** Lauren Smith <lsmith@mcbridehall.com>; Amber Casteel <Amber@the702firm.com>; sibarra@pnalaw.net <sibarra@pnalaw.net>
**Subject:** RE: Soto-Gonzalez v. Thomas et al -- Draft Joint Status Report

Chelsea,

I am fine with your proposed status report. The only comment I have is that the court may want a separate stipulation from the parties agreeing to stay discovery but the magistrate may well say that when she receives the status report.

Brianna

**From:** Chelsea R. Hueth <crhueth@mcbridehall.com>
**Sent:** Wednesday, January 26, 2022 12:26 PM
**To:** Smith, Brianna (USANV) <BSmith3@usa.doj.gov>; Mike Kane <Mike@the702firm.com>; mturfley@pnalaw.net
**Cc:** Lauren Smith <lsmith@mcbridehall.com>; Amber Casteel <Amber@the702firm.com>; sibarra@pnalaw.net
**Subject:** [EXTERNAL] Soto-Gonzalez v. Thomas et al -- Draft Joint Status Report

Dear All,

We have a joint status report due tomorrow. Attached please find a draft for your review and editing. I admittedly do not have much experience in Federal Court so I took a stab at the Report in light of the pending motions.

Thanks,

Chelsea

Chelsea R. Hueth, Esq.
crhueth@mcbridehall.com | mcbridehall.com
8329 West Sunset Road
Suite 260
Las Vegas, Nevada 89113
Telephone: (702) 792-5855
Facsimile: (702) 796-5855



NOTICE: THIS MESSAGE IS CONFIDENTIAL, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY

DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (702) 792-5855, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.