MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Tel.: (702) 776-3333
Fax: (702) 505-9787
Email:     mike@the702firm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| ASUSENA SOTO GONZALEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>BOBBY JOHN THOMAS, M.D., individually; SAMSON WONG, D.O., individually; UNITED STATES OF AMERICA; MAYLYN FLORES, R.N., individually; KIMBERLY TAURIELLO, R.N., individually; HALEY ROSER, R.N., individually; NORMITA RHODEOS, R.N., individually; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; DOE 1-20; DOE PHYSICIANS 1-20; DOE NURSES 1-20; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>  Defendants. | CASE NO.  2:21-cv-02238-JAD-BNW<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS**<br><br>ECF No. 34 |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff, ASUSENA SOTO GONZALEZ, by and through their undersigned counsel, THE 702 FIRM, and Defendant, UNITED STATES OF AMERICA, by and through their undersigned counsel of record, BRIANNA SMITH of United States Attorney's Office, that the briefing schedule, regarding United States of America's Motion to Dismiss, will be modified.  The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 4, 2022, Defendant USA filed their Motion to Dismiss.

WHEREAS, on March 18, 2022, Plaintiff's opposition to Defendants' Motion will be due and Plaintiff requested additional time to prepare her opposition to Defendant's Motion from Defendant and Defendant agreed;

NOW, therefore, the parties hereby STIPULATE that Plaintiff's Opposition to Defendant USA's Motion will be due April 1, 2022 and Defendant's Reply will be due April 8, 2022.

**IT IS SO STIPULATED**.

DATED this 17th day of March, 2022.                    DATED this 17th day of March, 2022.

| **THE702FIRM** | |
|---|---|
| */s/ Michael Kane* | */s/ Brianna Smith* |
| MICHAEL C. KANE, ESQ. (10096) | BRIANNA SMITH (11795) |
| BRADLEY J. MYERS, ESQ. (8857) | Assistant United States Attorney |
| 400 South 7th Street, Suite 400 | 501 Las Vegas Blvd. So., Suite 1100 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

## **ORDER**

IT IS SO ORDERED this 25th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE